Melvin PERKINS, Appellant,

v.

Edmond RICH, Policeman, and Judge Thomas Herlihy, Appellees.

No. 14049.

United States Court of Appeals Third Circuit.

Argued Feb. 18, 1963.

Decided April 29, 1963.

Rehearing Denied May 24, 1963.

Melvin Perkins, appellant, pro se.

Aubrey B. Lank, Asst. City Solicitor, Wilmington, Del., for appellees.

Before McLAUGHLIN and GANEY, Circuit Judges, and COHEN, District Judge.

PER CURIAM.

The judgment of the district court will be affirmed on the opinion of Judge Rodney 204 F.Supp. 98.

FEDERAL DEPOSIT INSURANCE COR-PORATION, To the Use of Secretary of Banking, Receiver of Integrity Trust Company, To the Use of Butcher & Sherrerd, and Fidelity-Philadelphia Trust Company, Trustee

v.

Harry J. ALKER, Jr., and Mamie DuBan, Individually, and as Executrix of the Estate of Alfred A. DuBan, Deceased, Appellants.

No. 14161.

United States Court of Appeals Third Circuit.

Argued March 7, 1963.

Decided March 27, 1963.

Rehearing Denied May 8, 1963.

James J. Regan, Jr., Bala-Cynwyd, Pa. (Robert M. Taylor, Philadelphia, Pa., Francis E. Walter, Easton, Pa., on the brief), for appellants.

Richard C. Bull, Philadelphia, Pa. (Howard H. Rapp, Philadelphia, Pa., W. Wilson White, Philadelphia, Pa., White & Williams, Morgan, Lewis & Bockius, Philadelphia, Pa., on the brief), for appellees.

Before KALODNER, HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The District Court's denial of appellants' motion for a new trial will be affirmed for the reasons so well stated by Judge Layton in his opinion filed June 20, 1962, D.C., 30 F.R.D. 527 and his Memorandum Opinion filed July 12, 1962.